The Keith Haring Foundation

About Haring Art Exhibitions Archives Foundation Grants FAQ Kids Blog

1979 1980 1981 1982 1983 1984 1985 1986 1987 1988 1989 1990

# Untitled, 1984






Drawing
Acrylic On Paper
114 x 157 inches

Drawing Editions Painting Public Projects Sculpture

*The Keith Haring Foundation • ©1997–2025 • Terms of Use*

Exhibit 1

# Untitled, 1984







Drawing
Gouache And Black Ink On Paper
24 x 36 inches
60.96 x 91.44 cm



*The Keith Haring Foundation • ©1997–2025 • Terms of Use*

Exhibit 2

# Untitled, 1984






Drawing
Gouache And Black Ink On Paper
23 5/8 x 35 3/8 inches
60 x 90 cm



*The Keith Haring Foundation • ©1997–2025 • Terms of Use*

Exhibit 3

# Debbie Dick, 1984







Painting
Acrylic On Canvas
60 x 60 inches
152.5 x 152.5 cm

September 25, 1984



Exhibit 4

# Untitled, 1984







Painting
Acrylic On Canvas
39 1/2 x 39 1/2 inches
100 x 100 cm



Exhibit 5

# Untitled, 1988





Drawing
Sumi ink on paper
22 1/2 x 30 inches
57 x 76 cm



*The Keith Haring Foundation • ©1997–2025 • Terms of Use*

Exhibit 6

# Untitled, 1988






Drawing
Sumi ink on paper
22 1/2 x 30 inches
57 x 76 cm



*The Keith Haring Foundation • ©1997–2025 • Terms of Use*

Exhibit 7

# Self Portrait with Juan, 1988



Painting
Acrylic On Canvas
48 x 36 inches

Exhibit 8

# Untitled, 1988







Painting
Acrylic On Canvas
48 x 36 inches
122 x 91.4 cm

Exhibit 9

# 8 Untitled Drawings, 1980





Drawing
Sumi ink on paper
20 x 27 1/8 inches
50.8 x 68.9 cm

created October 13, 1980



Exhibit 10

*The Keith Haring Foundation • ©1997–2025 • Terms of Use*

# 8 Untitled Drawings, 1980







Drawing
Sumi ink on paper
20 x 27 1/8 inches
50.8 x 68.9 cm

created October 13, 1980



Exhibit 11

*The Keith Haring Foundation • ©1997–2025 • Terms of Use*